**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1973**

MATTHEW MILES BABB,

    Petitioner,

   v.

ERIC H. HOLDER, JR., Attorney General,

    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: September 23, 2013   Decided: October 3, 2013

Before GREGORY, DIAZ, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Matthew Miles Babb, Petitioner Pro Se. David H. Wetmore, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Miles Babb, a native and citizen of Guyana, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's denial of his application for deferral of removal under the Convention Against Torture.

Because Babb fails to raise any challenges in his informal brief to the agency's denial of his request for deferral of removal, we find that he has failed to preserve any issues for review. See 4th Cir. R. 34(b) (directing appealing parties to present specific arguments in an informal brief and stating that this court's review on appeal is limited to the issues raised in the informal brief); cf. Wahi v. Charleston Area Med. Ctr., Inc., 562 F.3d 599, 607 (4th Cir. 2009) (limiting appellate review to arguments raised in the brief in accordance with Fed. R. App. P. 28(a)(9)(A)).

Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Babb (B.I.A. July 2, 2013). We deny Babb's pending motion for stay of removal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

2